## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CHARLES J. HILL,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:06-cv-317-T-30MAP**

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. #12).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear its own attorney's fees, costs and expenses.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 20, 2006.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-317.dismissal 12.wpd